IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-2338 CW<br><br>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE<br>(Docket No. 11) |

    Having considered Pacific Polk Properties, LLC's motion to intervene pursuant to and the parties' non-opposition, the Court finds that intervention is warranted pursuant to Federal Rule of Civil Procedure 24(a)(2).  Rule 24(a)(2) permits intervention of right to anyone who

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a)(2).  Pacific Polk's unopposed motion to intervene is granted.

    IT IS SO ORDERED.

1  Dated:

CLAUDIA WILKEN
United States District Judge