IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>    Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC, a Delaware limited liability corporation,<br><br>    Plaintiff in Intervention,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>    Defendants. | No. C 11-2338 CW<br><br>ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION<br>(Docket No. 32) |

Having considered the City's administrative motion, Docket No. 32, and Plaintiff's and Plaintiff-Intervener's responses, the Court grants the motion in part. The Court grants the City's alternative request to set a further case management conference. The parties shall appear for a case management conference on February 22, 2012 at 2:00 p.m., and shall file a joint case management statement no later than February 15, 2012, informing the Court of the status of the City's petition for writ of mandate

in the California Court of Appeal.  The deadline for the parties' exchange of initial disclosures pursuant to Federal Rule of Civil Procedure 26 and the City's motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) is extended until the case management conference.

   IT IS SO ORDERED.

Dated: 12/15/2011

CLAUDIA WILKEN
United States District Judge