UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendant.<br>_____/ | No. C 11-02338 YGR (LB)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

The court has received copies of the settlement proposals that the parties exchanged in January and February of 2012. To aid the court in its assessment of the fees at stake, the parties are directed (either separately or jointly) to submit a chart with the following categories: event, fee paid, additional fee at stake. This chart is meant to capture what fees Plaintiffs have already paid and what additional fees likely would be paid under Defendant's proposal.

The chart should be exchanged (if generated separately) and emailed to the court's orders box at lbpo@cand.uscourts.gov by 3 p.m. on Tuesday, February 7, 2012.

**IT IS SO ORDERED.**

Dated: February 7, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02338 YGR (LB)
ORDER RE SETTLEMENT CONFERENCE