DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102
Telephone:     (415) 554-3963
Facsimile:      (415) 554-3985
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 11-2338 YGR (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUING SETTLEMENT CONFERENCE CALL**<br><br>Trial Date:            January 28, 2013 |

**STIPULATION**

On February 8, 2012, Magistrate Judge Beeler issued a Civil Minute Order setting a further telephonic settlement conference for March 22, 2012, at 10:30 a.m.  Counsel for Defendant City and County of San Francisco is not available on March 22, 2012, for a telephonic settlement conference. After conferring with Magistrate Judge Beeler's courtroom deputy, the parties have agreed to continue the telephonic settlement conference to Thursday, March 29, 2012, at 11:30 a.m.

FOR DEFENDANT:

Date:  March 6, 2012                    DENNIS J. HERRERA
                                        City Attorney


                                        By:     /s/ Thomas S. Lakritz
                                        THOMAS S. LAKRITZ
                                        tom.lakritz@sfgov.org


FOR PLAINTIFF:

Date:  March 6, 2012                    SIGNATURE LAW GROUP LLP


                                        By:     /s/ Gordon Egan
                                        GORDON EGAN
                                        gegan@signaturelawgroup.com
                                        Attorney for Plaintiff
                                        California Nevada Annual Conference of the United Methodist Church


FOR PLAINTIFF-INTERVENORS:

Date:  March 6, 2012                    O'LEARY WOOD & ROBBINS LLP


                                        By:     /s/ B. Douglas Robbins
                                        B. DOUGLAS ROBBINS
                                        drobbins@owrlaw.com
                                        Attorney for Plaintiff-Intervenor
                                        Pacific Polk Properties LLC


**ORDER**

After considering the stipulation of the parties, and good cause appearing,

1   **IT IS HEREBY ORDERED AS FOLLOWS:**

2   The court continues the settlement conference call with counsel from Thursday, March 22,
3   2012, at 10:30 am to Thursday, March 29, 2012 at 11:30 am.

6   Dated: March 7, 2012

_____
HONORABLE LAUREL BEELER