**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No.: C-11-02338-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE BEELER: | March 29, 2012 (previously set by Judge Beeler) |
| NON-EXPERT DISCOVERY CUTOFF: | August 31, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: September 28, 2012<br>Rebuttal: October 15, 2012 |
| EXPERT DISCOVERY CUTOFF: | November 30, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | January 29, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, February 22, 2013 |
| PRETRIAL CONFERENCE: | Friday, March 8, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, March 25, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | TBD days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  With respect to the parties' requests to file Rule 12(c) motions for judgment on the pleadings, the parties will not be required to file letter briefs beforehand. The Court hereby sets the following schedule for these motions:

    MOTIONS TO BE FILED BY:    April 10, 2012
    OPPOSITIONS TO BE FILED BY:    May 10, 2012
    REPLIES TO BE FILED BY:    May 24, 2012
    MOTIONS TO BE HEARD BY:    June 12, 2012

Pursuant to the Court's Reassignment Order, "[a]ll discovery limitations and cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect." (Dkt. No. 38 at Section A.5.) Pursuant to Judge Wilken's December 15, 2011 Order (Dkt. No. 35), the exchange of initial disclosures was extended until the case management conference, which occurred on March 5, 2012.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

In addition, the parties are instructed not to copy the Court on correspondence unless it is *specifically related* to a motion or request for administrative relief.

**IT IS SO ORDERED.**

Dated: March 12, 2012

    _____
    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**