DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102
Telephone:     (415) 554-3963
Facsimile:      (415) 554-3985
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 11-2338 YGR (LB)<br><br>**STIPULATION REGARDING SCHEDULING; AND [PROPOSED] ORDER <u>(AS MODIFIED BY THE COURT)</u>**<br><br>Trial Date:          July 8, 2013 |
|---|---|

Plaintiff California-Nevada Annual Conference of the United Methodist Church, Defendant City and County of San Francisco and Intervenor Pacific Polk Properties (collectively the "Parties") submits this stipulation.

The parties continue to engage in robust settlement negotiations with Magistrate Judge Beeler to achieve a non-litigation outcome for the case. For reasons having to do with the scheduling of Planning Commission meetings, the parties need until October 2012 to determine whether that outcome is achievable. Because the parties agree that it makes no sense to expend funds (including public funds) if a non-litigation outcome is possible, the parties ask the Court to refer this matter to Magistrate Judge Beeler for case management purposes to facilitate discussion between the parties and

1  other stakeholders.  The parties also request that the Court continue the hearing on the motion for
2  judgment on the pleadings until February 5, 2013, which would mean that the City and County of San
3  Francisco and the California-Nevada Annual Conference of the United Methodist Church would file
4  their motions by December 21, 2012.

5  Currently discovery is stayed.  The present calendar interval between any discovery motion
6  (and/or Rule 12(c) motion) hearing and trial is approximately ten months.  **Intervenor Pacific Polk**
7  **makes the stipulations herein, preserving the ten month interval between discovery hearing and**
8  **trial.**  Accordingly, the parties request that the Court continue all pre-trial and trial dates for the same
9  time interval as requested for the motions for judgment on the pleadings (approximately 5 months for
10 each deadline).

11  If the California-Nevada Annual Conference of the United Methodist Church, Pacific Polk
12 Properties and other stakeholders reach an agreement, the City agrees to schedule the matter before the
13 Planning Commission as expeditiously as possible.

14  The parties agree that if a non-litigation outcome is not possible they may jointly request that
15 the Court set a new briefing and hearing schedule on the motions for judgment on the pleadings.  The
16 parties anticipate making this decision in August or September of 2012.

17  In light of the foregoing the parties have agreed to stipulate as follows:

**PRETRIAL SCHEDULE**

NON-EXPERT DISCOVERY CUTOFF:  August 12, 2013

DISCLOSURE OF EXPERTS (retained/non-retained):  Opening:  June 10, 2013

Rebuttal:  July 29, 2013

EXPERT DISCOVERY CUTOFF:  August 23, 2013

DISPOSITIVE MOTIONS:  To be heard by:  October 10, 2013

JOINT PRETRIAL CONFERENCE STATEMENT:  Friday, November 8, 2013

PRETRIAL CONFERENCE:  November 22, 2013 at 9:00 a.m.

TRIAL DATE:  December 9, 2013 at 8:30 a.m.

TRIAL LENGTH:  TBD days

1   With respect to the parties' requests to file Rule 12(c) motions for judgment on the pleadings:

2   MOTIONS TO BE FILED BY:  December 21, 2012

3   OPPOSITIONS TO BE FILED BY:  January 18, 2013

4   REPLIES TO BE FILED BY:  February 1, 2013

5   MOTIONS TO BE HEARD ON:  February 12, 2013

6   Intervenor Pacific Polk and/or the City and County of San Francisco, after appropriate meet and confer, may file cross motions concerning their discovery dispute on the same schedule as the motions for judgment on the pleadings.

Discovery shall be stayed until the Court rules on the discovery motions.

## SIGNATURE ATTESTATION

(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)

Concurrence in the filing of this document has been obtained from each other signatory, or from the single signatory, in compliance with General Order 45, Section X.B.

Date: July 12, 2012                DENNIS J. HERRERA
                                   City Attorney

                                   By:   */s/ Thomas S. Lakritz*
                                   THOMAS S. LAKRITZ
                                   tom.lakritz@sfgov.org

FOR PLAINTIFF:

Date: July 12, 2012                SIGNATURE LAW GROUP LLP

                                   By:   */s/ Gordon Egan*
                                   GORDON EGAN
                                   gegan@signaturelawgroup.com
                                   Attorney for Plaintiff
                                   California Nevada Annual Conference of the United
                                   Methodist Church

1 | FOR PLAINTIFF-INTERVENORS:

2 | Date: July 12, 2012   O'LEARY WOOD & ROBBINS LLP

By: */s/ B. Douglas Robbins*
B. DOUGLAS ROBBINS
drobbins@owrlaw.com
Attorney for Plaintiff-Intervenor
Pacific Polk Properties LLC

**ORDER**

After considering the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Court refers this matter to Magistrate Judge Beeler for all discovery and case management purposes to facilitate discussion between the parties and other stakeholders. However, the Pretrial Schedule may not be modified without approval of the undersigned.

The Court vacates the April 10, 2012 Order and sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

NON-EXPERT DISCOVERY CUTOFF: August 12, 2013

DISCLOSURE OF EXPERTS (retained/non-retained): Opening: June 10, 2013

Rebuttal: July 29, 2013

EXPERT DISCOVERY CUTOFF: August 23, 2013

DISPOSITIVE MOTIONS: To be heard by: October 10, 2013

JOINT PRETRIAL CONFERENCE STATEMENT: Friday, November 8, 2013

PRETRIAL CONFERENCE: November 22, 2013 at 9:00 a.m.

TRIAL DATE: December 9, 2013 at 8:30 a.m.

TRIAL LENGTH: Ten (10) days

With respect to the parties' requests to file Rule 12(c) motions for judgment on the pleadings, and/or discovery motions, the parties will not be required to file letter briefs beforehand. The Court hereby sets the following schedule for these motions:

MOTIONS TO BE FILED BY: December 21, 2012

OPPOSITIONS TO BE FILED BY: January 18, 2013

REPLIES TO BE FILED BY: February 1, 2013

MOTIONS TO BE HEARD ON: February 12, 2013

This Order terminates Dkt. No. 64.

1 **IT IS SO ORDERED.**

2 Dated: July 16, 2012

3 _____
YVONNE GONZALEZ ROGERS
4 UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER       6       g:\ygrall\ecf-ready\cal-nev 11-2338 order re scheduling.doc
CASE NO. CV 11-2338 YGR (LB)