**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>       Plaintiff(s),<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Defendant(s).<br>_____/ | No. C 11-02338 CW (LB)<br><br>**ORDER** |

A Further Settlement Conference set for November 7, 2012 at 4 p.m. Parties to meet and confer before then about the main issues (proposal and timeline) discussed so that the meeting on November 7th can be a productive one.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 11-02338 CW (LB)