UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>    Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC,<br><br>    Plaintiff in Intervention,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.: C-11-02338-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING FILING OF PROPOSED ORDERS** |

The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the Court's order that supplemental proposed orders be filed on the pending Motion for Judgment on the Pleadings in light of the stipulations and dismissals in this action. At the hearing on February 12, 2013, the Court ordered that Defendant file a proposed form of order to identify issues still needing determination in the pending motion. (*See* Dkt. No. 103.) Plaintiffs were instructed to file an alternative proposed order in response to Defendant's within three (3) days. No party has complied with this Order.

A hearing on this Order to Show Cause shall be held on **Friday, April 12, 2013,** at 9:01 a.m., in Courtroom 5. All counsel must file a written response to this Order to Show Cause by five (5) business days prior and must file their proposed orders by that date.

If the Court is satisfied with counsel's responses, it will consider taking the Order to Show Cause hearing off calendar. Otherwise, personal appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated: March 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**