UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>    Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC,<br><br>    Plaintiff in Intervention,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.: C-11-02338-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

Having reviewed and considered the parties' written responses to the Order to Show Cause, the Court is satisfied with the submissions provided. Accordingly, the Court **VACATES** the Order to Show Cause hearing scheduled for April 12, 2013. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated: April 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**