UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>　　　　Plaintiff,<br><br><br>PACIFIC POLK PROPERTIES, LLC,<br><br>　　　　Plaintiff in Intervention,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.: 11-cv-02338-YGR<br><br>**ORDER TERMINATING MOTION FOR JUDGMENT ON THE PLEADINGS WITHOUT PREJUDICE** |

The Request for Conditional Use Authorization and Request for Variance at issue in this action are scheduled to be heard before the San Francisco Planning Commission on October 3, 2013, with a preliminary recommendation of "Approve with Conditions." In light of the above, the Court hereby **TERMINATES** the pending Motion for Judgment on the Pleadings **WITHOUT PREJUDICE** for Defendant to re-notice the matter before the Court if the need arises.

In addition, a compliance hearing regarding a status update shall be held on <u>Friday, November 1, 2013</u> on the Court's 9:01 a.m. calendar in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) joint status update; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Dkt. No. 81.

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**