UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>       Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC,<br><br>       Plaintiff in Intervention,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Defendant. | Case No.: C-11-02338-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

The parties have complied with the Court's September 30, 2013 Order requiring that they file a joint status update regarding this action. The compliance hearing scheduled for November 1, 2013 is hereby **VACATED.**

   **IT IS SO ORDERED.**

Dated: October 31, 2013

                                                              **YVONNE GONZALEZ ROGERS**
                                                              **UNITED STATES DISTRICT COURT JUDGE**