UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>    Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC,<br><br>    Plaintiff in Intervention,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.: 11-cv-02338-YGR<br><br>**ORDER VACATING DEADLINES AND SETTING SCHEDULING CONFERENCE** |

The parties have submitted a [Proposed] Scheduling Order to continue all pending trial dates and deadlines while they pursue settlement options. (Dkt. No. 119.) In light of the above, the Court hereby **VACATES** all pending trial dates and deadlines. The Court will hold a scheduling conference on December 16, 2013 at 2:00 p.m. in Courtroom 5 to re-set dates. Five (5) business days prior, the parties shall file a joint statement providing an update on the status of settlement and a revised proposed schedule.

**IT IS SO ORDERED.**

Dated: November 7, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**