1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  JAMES M. EMERY, State Bar #153630
   Deputy City Attorneys
4  Fox Plaza, 1390 Market Street, 7th Floor
   San Francisco, California 94102
5  T:  (415) 554-3963
   F:  (415) 554-3985
6  jim.emery@sfgov.org
   **Attorneys for Defendant**
7  **CITY AND COUNTY OF SAN FRANCISCO**

8  Gordon W. Egan (111470)                    B. Douglas Robbins (219413)
   SIGNATURE LAW GROUP LLP                    Gregory J. Wood (200780)
9  3400 Bradshaw Road, Suite A4-A             WOOD ROBBINS LLP
   Sacramento, CA 95827                       One Post Street, Suite 800
10 T: (916) 362-2660                          San Francisco, CA 94104
   F: (916) 880-5255                          T:  (415) 247-7900
11 gegan@signaturelawgroup.com                F:  (415) 247-7901
   **ATTORNEYS FOR**                          drobbins@woodrobbins.com
12 **CALIFORNIA-NEVADA ANNUAL**               **ATTORNEYS FOR INTERVENER**
   **CONFERENCE OF THE**                      **PACIFIC POLK PROPERTIES, LLC**
13 **UNITED METHODIST CHURCH**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>Plaintiff,<br><br>PACIFIC POLK PROPERTIES, LLC, a Delaware limited liability corporation,<br><br>Intervener,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  CV 11-02338 YGR (LB)<br><br>**JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] SCHEDULING ORDER**<br><br>Hearing Date:  March 3, 2014<br>Time:          2:00 p.m.<br>Place:         Oakland Courthouse<br>               Courtroom 5, 2nd Floor<br><br>Trial Date:    TBD |

**JOINT STATUS CONF. STATEMENT**                                         Case No.  CV 11-02338 YGR (LB)

Plaintiff California-Nevada Annual Conference of the United Methodist Church ("Conference"), Plaintiff-in-Intervention, Pacific Polk Properties, LLC ("Pacific Polk"), and the City and County of San Francisco (the "City") referred herein collectively as the "Parties" respectfully submit this Joint Status Conference Statement and Proposed Scheduling Order pursuant to the Joint Stipulation And Order dated January 8, 2014, ECF No. 131, in advance of the case management conference set for March 3, 2014 at 2:00 p.m.

## I. BRIEF PROCEDURAL HISTORY

The City brought a Rule 12(c) Motion for Judgment on the Pleadings, heard by the Court on February 12, 2013. After the Motion was heard, Plaintiffs voluntarily dismissed certain claims with prejudice. Pacific Polk dismissed the following claims: (1) First Cause of Action for Violation of RLUIPA; (2) the Second Cause of Action for Violation of RLUIPA; (3) the Third Cause of Action for Violation of First Amendment to U.S. Constitution; (4) the Fifth Cause of Action for Procedural Due Process; and (5) the Sixth Cause of Action for Substantive Due Process. The Conference dismissed the following claim: the Second Cause of Action for Violation of RFRA.

On September 30, 2013, the Court terminated the City's Rule 12(c) Motion without prejudice. A few days later, on October 3, 2013, the San Francisco's Planning Commission approved the Conditional Use authorization ("CUP") for the project that Pacific Polk proposed for 1601 Larkin Street in San Francisco. On November 4, 2013, Judy Berkowitz, Hiroshi Fukuda, and Linda Chapman appealed the CUP to the San Francisco Board of Supervisors. The appeal was rejected by the Clerk of the Board, on November 13, 2013, for failure to meet the statutory requirements. The Zoning Administrator issued a written Variance for the project on November 15, 2013. On November 25, 2013, that variance was appealed by members of a group calling themselves the Nob Hill Neighbors. The Board of Appeals hearing on the variance appeal is set for January 29, 2014, at 5:00 p.m. The City has suspended issuance of the variance pending the Board of Appeals' determination of the variance appeal by the Nob Hill Neighbors. Likewise, the City has not issued a site permit for the project or a demolition permit, while the variance appeal remains pending. The Board of Appeals denied the appeal of the Zoning Administrator's variance, and the Nob Hill Neighbors did not request a rehearing. The site permit for the project and the

demolition are permit are currently under review by the Department of Building Inspection and other departments.

Discovery here has been stayed during the entire pendency of the action. Discovery is currently still stayed.

## II. SETTLEMENT

With the aid of Magistrate Judge Laurel Beeler, the Parties have been actively involved in the settlement process. The Parties continue to be interested in pursuing settlement options in order to avoid further litigation. From Plaintiffs' perspective no resolution is possible unless and until a demolition permit issues and the Church Structure has been leveled. From the City's perspective, the City's issuance of the Conditional Use authorization moots all injunctive aspects of this action. If plaintiffs intend to pursue claims for attorneys fees and damages, then the City believes it will be necessary for the Court to restore the City's 12(c) motion to the calendar. In the interim, the Parties intend to continue working with Judge Beeler to resolve all remaining aspects of this action.

## III. PRETRIAL SCHEDULE

In view of the fact that the site permit for the project and the demolition permit are currently under review by the Department of Building Inspection and other departments, the parties jointly request that the Court reset the case management conference in this case to May 5, 2014, or the next date thereafter convenient to the Court. Such a continuance will give the project sponsor an opportunity to complete all steps necessary to obtain the requested permits and for the parties to report the settlement status.

**SIGNATURE ATTESTATION**

Concurrence in the filing of this document has been obtained from each other signatory.

Dated: February 24, 2014

DENNIS J. HERRERA, City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
JAMES M. EMERY
Deputy City Attorneys

By:  /s/
James M. Emery
**Attorneys for Defendant**
**CITY AND COUNTY OF SAN FRANCISCO**

Dated: February 24, 2014                SIGNATURE LAW GROUP

                                        By:      /s/
                                        Gordon Egan
                                        **Attorneys for Plaintiff**
                                        **CALIFORNIA NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH**

Dated: February 24, 2014                WOOD ROBBINS LLP

                                        By:      /s/
                                        B. Douglas Robbins
                                        **Attorneys for Plaintiff-in-Intervention**
                                        **PACIFIC POLK PROPERTIES LLC**

## ORDER

After considering the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:** The Status Conference Hearing set for March 3, 2014, at 2:00 p.m. is continued to **May 12, 2014, at 2:00 p.m., in Courtroom One, Fourth Floor**, of the Oakland Federal Building. The parties shall submit a Joint Status Conference Statement and Proposed Scheduling Order by May 5, 2014.

**IT IS SO ORDERED.**

Dated: February 25, 2014

                                        _____
                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE