Gordon W. Egan (111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road Suite A4-A
Sacramento, CA 95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

**Attorney for Plaintiff**
California-Nevada Annual
Conference of the United Methodist Church

**UNTIED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: CV 11- 2338 YGR**<br><br>**~~[PROPOSED]~~ CORRECTED ORDER REGARDING SCHEDULING** |

## ORDER

The Court having considered the original stipulation of the parties, Mr. Egan's letter of August 26, 2014, and finding good cause the Court herby modifies its August 21, 2014, **ORDER GRANTING STIPULATION REGARDING SCHEDULING, Docket 157,** as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY : | August 29, 2014 |
| DEFENDANT'S 12C OR 12 B MOTION TO BE FILED BY: | September 26, 2014 |
| MOTION TO BE HEARD ON: | November 4, 2014 |

**IT IS SO ORDERED.**

Dated: September 4 , 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2

**Cal-Nev Ann Conf UMC vs. CCSF – [~~Proposed~~] Corrected Order Re Scheduling**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28