UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No.  11-cv-02338-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING | Friday, May 8, 2015 at 9:01 a.m.<br>Joint Statement filed May 1, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | September 22, 2015 |
| DEFENDANT OPENING BRIEF filed 8/4/15; PLAINTIFF'S OPPOSITION AND CROSS- MOTION FILED 8/18/15; DEFENDANT'S REPLY filed 9/1/15; PLAINTIFF'S REPLY filed 9/8/15. | |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, October 30, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 6, 2015 |
| PRETRIAL CONFERENCE: | Friday, November 20, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 7, 2015 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1   Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2   and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3   hearing on Friday, October 30, 2015 at 9:01 a.m. is intended to confirm that counsel have
4   reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The
5   compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,
6   California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the
7   parties shall file a one-page JOINT STATEMENT confirming they have complied with this
8   requirement or explaining their failure to comply.  If compliance is complete, the parties need not
9   appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
10  allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may
11  result in sanctions.

12      The parties must comply with both the Court's Standing Order in Civil Cases and Standing
13  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
14  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
15  **IT IS SO ORDERED.**
16  Dated: April 28, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge