**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH**, <br> Plaintiff, <br> v. <br> **CITY AND COUNTY OF SAN FRANCISCO**, <br> Defendant. | Case No.: 11-cv-2338 YGR <br><br> **ORDER ON DISMISSAL** |

The Court having been advised that the parties settled their claims and agreed to a dismissal, the case is hereby **DISMISSED WITHOUT PREJUDICE**. If, however, any party certifies to the Court within 90 days of the date of this Order, with proof of service on all counsel of record, that the settlement consideration has not been delivered, then this Order of dismissal will stand **VACATED**, and this case will be set for trial. If no such certification is filed within 90 days of the date of this Order, then the case will thereby be deemed **DISMISSED WITH PREJUDICE**.

This Order terminates this case and all currently pending motions.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**