1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE METHODIST CHURCH,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO,**<br><br>Defendant. | Case No.:  11-cv-2338  YGR<br><br>**ORDER ON DISMISSAL**<br><br>Re: Dkt. No. 185 |

On August 31, 2015, the Court entered an order dismissing this case without prejudice.  (Dkt. No. 185.)  The Court further ordered that the dismissal would be deemed with prejudice if no party certified to the Court within 90 days of that order that the settlement consideration had not been delivered.  The Court now understands that the parties request an additional 30 days in which to satisfy the terms of the settlement prior to deeming the dismissal to be with prejudice.

The Court hereby **ORDERS** that the dismissal of this case (Dkt. No. 185) be deemed to be **WITHOUT PREJUDICE** until December 31, 2015.  Any party may certify to the Court before December 31, 2015, with proof of service on all counsel of record, that the settlement consideration has not been delivered, and the prior order on dismissal will stand **VACATED**.  If no such certification is filed by December 31, 2015, then the case will be deemed **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**