1  Gordon W. Egan (111470)
2  SIGNATURE LAW GROUP LLP
   3400 Bradshaw Road, Suite A4-A
3  Sacramento, CA  95827
   T:  (916) 362-2660; F:  (916) 880-5255
4  gegan@signaturelawgroup.com
5  **Attorneys for Plaintiff**
   **CALIFORNIA NEVADA ANNUAL CONFERENCE**
6  **OF THE UNITED METHODIST CHURCH**

7  Dennis J. Herrera (139669)
   Thomas S. Lakritz (161234)
8  Deputy City Attorney
9  1390 Market Street, 6th Floor
   San Francisco, CA 94102
10 T: (415) 554-3963; F: (415) 437-4644
   tom.lakritz@sfgov.org
11 **Attorneys for Defendant**
12 **CITY AND COUNTY OF SAN FRANCISCO**

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA-NEVADA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, a California religious corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1-100 inclusive,<br><br>　　　　　Defendants. | Case No. 4:11-cv-2338 YGR (LB)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO FED R. CIV. P. 41**<br><br>Ct. Rm.:　Oakland Courthouse<br>　　　　　　Courtroom 5, 2nd Floor<br><br>Judge:　　Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff California-Nevada Annual Conference of the United Methodist Church ("Conference") and Defendant City and County of San Francisco ("City"), by and through their respective counsel of record, hereby stipulate to the

1
**STIPULATION FOR VOLUNTARY DISMISSAL ENTIRE ACTION**

dismissal of the entire action with prejudice. The Conference and the City have settled the matter and executed a written Settlement Agreement and Mutual General Release ("Settlement Agreement").

Plaintiff in Intervention Pacific Polk Properties, LLC ("Pacific Polk") was dismissed with prejudice from the action by order of this court on January 5, 2015 (DKT 172) and is no longer a party.

Magistrate Judge Laurel Beeler retains jurisdiction to enforce the Settlement Agreement entered in this matter.

SIGNATURE LAW GROUP, LLP

Dated:  December 18, 2015           By:_____//s//Gordon W. Egan_____
                                    Gordon W. Egan
                                    **Attorneys for Plaintiff**
                                    **CALIFORNIA-NEVADA ANNUAL**
                                    **CONFERENCE OF THE UNITED**
                                    **METHODIST CHURCH**

* The filer of this document attests that the concurrence in the filing of this document has been obtained from Defendant's attorney below and shall serve in lieu of his signature.

DATED: December 18, 2015            DENNIS J. HERRERA
                                    City Attorney


                                    By:_____/S/ Thomas S. Lakritz_____
                                       Thomas S. Lakritz
                                       Attorneys for Defendant
                                       City and County of San Francisco

**STIPULATION FOR VOLUNTARY DISMISSAL ENTIRE ACTION**